**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| IRWIN M. BERLAT | ) Case No.: 4:10-bk-29733-SHG |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

    Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 307611 | 08/03/2015 | Vantium Capital, Inc<br>7880 Bench Branch Dr., Suite 150<br>Irving, TX 75063 | $1680.09 |

    **Total:** **$1680.09**

    The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $1680.09 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 01/28/2016

                                                   **/s/ Dianne C. Kerns, #011557**
                                                 Dianne C. Kerns, Esq.
                                                 Chapter 13 Trustee