1  **DIANNE C. KERNS, ESQ.**
   **CHAPTER 13 TRUSTEE**
2  PMB #413
   7320 NORTH LA CHOLLA #154
3  TUCSON AZ 85741
   Telephone (520)544-9094
4  Fax (520)544-7894

5

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **IN AND FOR THE DISTRICT OF ARIZONA**

9

10  In re:                              ) CHAPTER 13 PROCEEDINGS
                                        )
11  IRWIN M. BERLAT                     ) Case No.:  4:10-bk-29733-SHG
                                        )
12                                      ) **ORDER FOR PAYMENT OF**
                                        ) **UNCLAIMED FUNDS TO THE**
13                                      ) **U.S. BANKRUPTCY COURT**
                                        )
14                                      )
                                        )
              Debtor                    )
15  _____

16      UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and

17  good cause appearing;

18      IT IS HEREBY ORDERED that the Trustee pay over the amount of $1680.09 to the

19  Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section

20  347(a) of the Bankruptcy Code.

21

22

23  _____

24                          SIGNED AND DATED ABOVE
    _____

25

26

27

28